Kenneth N. Wolf (KW 0598)
**SANDLER, TRAVIS & ROSENBERG, P.A.**
Attorneys for Plaintiff
551 Fifth Ave., Suite 1100
New York, NY 10176
(212) 883-1300
*kwolf@strtrade.com*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK   Judge Berman

-------------------------------------------------------------x
FLORENTINE FASHIONS, LTD

       Plaintiff,

-against -

VICTORIA'S SECRET DIRECT NEW YORK, LLC

       Defendant.
-------------------------------------------------------------x

07 CV 3315


RECEIVED APR 25 2007 U.S.D.C. S.D.N.Y. CASHIERS

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party, Florentine Fashions, Ltd., and certifies that certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**NONE**

April 25, 2007

                    Kenneth N. Wolf (KW 0598)
                    **SANDLER, TRAVIS & ROSENBERG, P.A.**
                    Attorneys for Plaintiff
                    551 Fifth Ave., Suite 1100
                    New York, NY 10176
                    Tel. (212) 883-1300
                    Fax. (212) 883-0068
                    e-mail: Kwolf@strtrade.com

                    By: _____
                            Kenneth N. Wolf

## CERTIFICATE OF SERVICE

I, KENNETH WOLF, AS ATTORNEY FOR DEFENDANT, HEREBY CERTIFY that on April 25, 2007 a true and correct copy of the foregoing

PLAINTIFF'S RULE 7.1 DISCLOSURE

was served upon the below listed party by depositing, or causing to be deposited, a true copy in a United States mail receptacle properly enclosed in a securely closed envelope postage-prepaid by first class mail addressed to:

Victoria's Secret Direct New York c/o Registered Agent:
CT Corporation Systems
111 Eighth Avenue
NY, NY 10011

_____
Kenneth N. Wolf