AFFIDAVIT OF SERVICE UPON A CORPORATION

INDEX # 07CV3315

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

Florentine Fashions Ltd

SANDLER TRAVIS & ROSEN
551 Fifth Ave
NEW YORK
NY 10176

- against -

Victoria's Secret Direct New York Llc

(212) 883-1300

Atty File #          Record # 88336       File # 30

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres-Lic#0915257 being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 05/01/07 at 12:57pm  at 111 8th Ave New York Ny 10011
deponent served the within Summons & Complaint And Rule 7.1 Statement
by personally delivering to and leaving with Satti Jairam
for Victoria's Secret Direct New York C/O Registered Agent :Ct Corporation Systems
a true copy thereof, and that deponent knew the person so served
to be the Process Special/Managing Agent and stated (s)he was authorized to
accept legal papers for the corporation.

A description of the person served is as follows:

Approx Age: 45 Years   Approx Weight: 150 Lbs.   Approx Height: 5'8'
Sex: Female   Color of Skin: Brown    Color of Hair: Black
Other: Wore Glasses

Sworn to before me this 05/02/07
Jeffrey Wittenberg #41-4906457
Notary Public, State of New York
Nassau County, Commission Expires 08/22/10

Harry Torres-Lic#0915257

Supreme Judicial Services, Inc.
371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
255 Broadway - New York, N.Y. 10007 - (212) 319-7171
Fax (516) 568-0812