

**SANDLER, TRAVIS & ROSENBERG, P.A.**
ATTORNEYS AT LAW
THE WATERFORD
5200 BLUE LAGOON DRIVE
MIAMI, FL 33126-2022

*RECEIVED MAY 23 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.*

*MEMO ENDORSED*

**Adjourned to 6/5/07 @ 9:15 in person.**

**SO ORDERED:**
Date: 5/23/07  /s/ Richard M. Berman
**Richard M. Berman, U.S.D.J.**

May 23, 2007

**VIA HAND DELIVERY**
Honorable Richard M. Berman
United States District Judge
USDC, Southern Dist. Of New York
Daniel Patrick Moynihan US Courthouse
500 Pearl Street, Room 650
New York, NY 10007

RE: **FLORENTINE FASHIONS v. VICTORIA'S SECRET DIRECT**
   **CASE NO: 07-CIV-3315 (RMB)**
   **OUR REFERENCE NO: 018746.10003**

Dear Judge Berman,

The Initial Pretrial Conference in the referenced case is currently scheduled for May 30, 2007 at 11:00am. My partner, Kenneth Wolf, resident in our New York office, is unable to attend the Conference due to prior commitments out of state and I respectfully request that I be allowed to attend by telephone. I have spoken with defense counsel who is not opposed to my appearance by telephone.

If your Honor does not wish to conduct the Pretrial Conference by telephone, we request that the court consider continuing the Conference to a later date.

Sincerely yours,

SANDLER, TRAVIS & ROSENBERG, P.A.

By: /s/ Edward M. Joffe
Edward M. Joffe

cc: David M. Dahan, Esq. (via facsimile)
S:\FTIG\TN\Florentine Fashion-Victoria's Secret - 018746.10003\Correspondence\Judge Berman ltr 5-23-07.doc

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/23/07*

WASHINGTON, DC    MIAMI    NEW YORK    BALTIMORE    SAN FRANCISCO    CHICAGO