SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Florentine Fashions, Ltd    Plaintiff,

- against -

Victoria's Secret Direct    Defendant.
New York, LLC

7 cv 3315 (RB)

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kenneth N. Wolf a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Edward M. Joffe
Firm Name:          Sandler, Travis & Rosenberg. P.A.
Address:            5200 Blue Lagoon Dr., Ste. 600
City/State/Zip:     Miami, FL 33126
Phone Number:       (305) 267-9200
Fax Number:         (305) 267-5155

Edward M. Joffe    is a member in good standing of the Bar of the States of Florida and Georgia

There are no pending disciplinary proceeding against Edward M. Joffe in any State or Federal court.

Dated:
City, State: New York, NY 10176

Respectfully submitted,

Kenneth N. Wolf, Esq.
SDNY Bar ID: KW0598
Sandler, Travis, & Rosenberg P.A.
551 Fifth Avenue, Suite 1100
New York, NY 10176
Phone: (212) 883 - 1300
Fax: (212) 883 - 0068

SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

I, KENNETH WOLF, AS ATTORNEY FOR DEFENDANT, HEREBY CERTIFY that on May 21, 2007 a true and correct copy of the foregoing

## MOTION TO ADMIT COUNSEL PRO HAC VICE

was served upon the below listed party by depositing, or causing to be deposited, a true copy in a United States mail receptacle properly enclosed in a securely closed envelope postage-prepaid by first class mail addressed to:

Victoria's Secret Direct New York  c/o Registered Agent:
CT Corporation Systems
111 Eighth Avenue
NY, NY 10011

_____
Kenneth N. Wolf

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ECF

------------------------------------------X
FLORENTINE FASHIONS, LTD.,                :
                                          :   Civil Action No:
                                          :   07-CV-3315 (RMB)
            Plaintiff,                    :
                                          :
      v.                                  :
                                          :
VICTORIA'S SECRET DIRECT NEW YORK, LLC    :
                                          :
            Defendant.                    :
------------------------------------------X

### AFFIDAVIT OF KENNETH WOLF IN SUPPORT OF
### MOTION TO ADMIT COUNSEL PRO HAC VICE

State of New York   )
                    )   ss: 16420598
                    )

Kenneth Wolf, being duly sworn, hereby deposes and says as follows:

1. I am a Member of the Firm at Sandler, Travis & Rosenberg, P.A., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Edward M. Joffe as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice on May 18, 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this court.

3. I have known Edward M. Joffe since 1993.

4. Mr. Joffe is a Member of the Firm at Sandler, Travis & Rosenberg, P.A., in Miami, Florida.

5. I have found Mr. Joffe to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Edward M. Joffe, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Edward M. Joffe, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Edward M. Joffe, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: May 21, 2007
New York, New York

Notarized:

ARTHUR K. PURCELL
Notary Public State of New York
No. 02PU6039680
Qualified in Nassau County
Commission Expires May 11, 20 _10_

Respectfully submitted,

**SANDLER, TRAVIS & ROSENBERG, P.A.**
Attorneys for Plaintiff
551 Fifth Ave., Suite 1100
New York, NY 10176
Tel. (212) 883-1300
Fax. (212) 883-0068
e-mail: *kwolf@strtrade.com*

By: _____
Kenneth N. Wolf (KW0598)

2

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Florentine Fashions, Ltd.          Plaintiff,

                                                                    7    cv  3315    (RB )

- against -

Victoria's Secret Direct New York, LLC    Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Kenneth N. Wolf    attorney for Florentine Fashions, Ltd.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Edward M. Joffe |
| Firm Name: | Sandler, Travis & Rosenberg, P.A. |
| Address: | 5200 Blue Lagoon Drive, Suite 600 |
| City/State/Zip: | Miami, FL 33126 |
| Telephone/Fax: | (305) 267-9200 |
| Email Address: | ejoffe@strtrade.com |

is admitted to practice pro hac vice as counsel for Florentine Fashions, Ltd. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                                    _____
                                                    United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. Edward M. Joffe
Sandler, Travis & Rosenberg, P.A.
The Waterford, Suite 600
5200 Blue Lagoon Drive
Miami, FL 33126


**CURRENT STATUS:**   Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:**   10/29/1974

**Attorney Bar Number: 391950**

Today's Date:   May 10, 2007

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:
- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

### STATE BAR OF GEORGIA

*Brandy Preston*

Official Representative of State Bar of Georgia

---

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida   )

County of Leon   )

In Re:  314242
Edward Martin Joffe
Sandler Travis et al
5200 Blue Lagoon Dr., Ste. 600
Miami, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on January 19, 1981.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 16th day of May, 2007.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smto4/R10