UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FLORENTINE FASHIONS, LTD

          Plaintiff,

    v.

VICTORIA'S SECRET DIRECT
NEW YORK, LLC,

          Defendant.
------------------------------------------------------------ x

Civil Action No.: 07 CV 3315 (RMB)

## DEFENDANT'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant certifies that VICTORIA'S SECRET DIRECT, LLC (incorrectly named as "Victoria's Secret Direct *New York*, LLC") is a wholly-owned subsidiary of Limited Brands, Inc., a publicly traded company and that defendant has no other corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated:    New York, New York
             May 25, 2007

                                      COLUCCI & UMANS
                                      By: _____
                                      Frank J. Colucci (FC-8441)
                                      David M. Dahan (DD-5864)
                                      218 East 50th Street
                                      New York, New York 10022
                                      Telephone: (212) 935-5700
                                      Facsimile: (212) 935-5728
                                      Email: email@colucci-umans.com
                                      Attorneys for Defendant