SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

Florentine Fashions, Ltd.      Plaintiff,

7   cv  3315   (RB )

- against -

Victoria's Secret Direct New York, LLC      Defendant.

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of  Kenneth N. Wolf      attorney for  Florentine Fashions, Ltd.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Edward M. Joffe |
| Firm Name: | Sandler, Travis & Rosenberg, P.A. |
| Address: | 5200 Blue Lagoon Drive, Suite 600 |
| City/State/Zip: | Miami, FL 33126 |
| Telephone/Fax: | (305) 267-9200 |
| Email Address: | ejoffe@strtrade.com |

is admitted to practice pro hac vice as counsel for  Florentine Fashions, Ltd.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

*Subject to payment of fee to Clerk*

Dated:
City, State: **NEW YORK, NY**

_RMB_
United States District/Magistrate Judge
5/29/07

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006