Kenneth N. Wolf (KW 0598)
Edward M. Joffe (Fla Bar No. 314242)*
**SANDLER, TRAVIS & ROSENBERG, P.A.**
Attorneys for Plaintiff
551 Fifth Ave., Suite 1100
New York, NY 10176
(212) 883-1300
*kwolf@strtrade.com*

\* *Not admitted in New York*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FLORENTINE FASHIONS, LTD.,

        Plaintiff,

   v.

VICTORIA'S SECRET DIRECT NEW YORK, LLC

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Case Management Plan**

Civil Action No:
07-CV-3315 (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of Additional parties by September 30, 2007.

(ii)   Amend the pleading by September 30, 2007.

(iii)  All discovery to be **expeditiously** completed by ~~September~~. Oct 1, 2007 RMB

(iv)  Consent to Proceed before Magistrate Judge – No.

(v)   Status of Settlement discussions – Premature. Oct. 9, 2007 @ 9:00 with principals

**Section vi through xi will be set at conference with the Court**

(vi)  Motions _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/5/07

Civil Action No. 07-CV-3315 (RMB)

(vii)    Oral Argument _____

(viii)   Joint Pre-Trial Order to be submitted by _____

(ix)     Final Pre-Trial Conference _____

(x)      Trial _____

(xi)     Other _____


**SO ORDERED:**     New York, New York

_____6/5/07_____

_____*RMB*_____
**Honorable Richard M. Berman, U.S.D.J.**


S:\LITIGTN\Florentine Fashion-Victoria's Secret - 018746.10003\Pleading\Case Management Plan_05-22-07.doc

2