UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FLORENTINE FASHIONS, LTD

        Plaintiff,

v.

VICTORIA'S SECRET DIRECT
NEW YORK, LLC,

        Defendant.
------------------------------------------------------------ x

Civil Action No.: 07 CV 3315 (RMB)

**MEMO ENDORSED**

### STIPULATION AND ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective attorneys, that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the within action be, and the same hereby is, dismissed with prejudice.

Dated: Miami, Florida
~~September ___, 2007~~
10-1-07

**SANDLER, TRAVIS & ROSENBERG, P.A.**

By: _____
Edward M. Joffe
5200 Blue Lagoon Drive, Suite 600
Miami, Florida 33126
Telephone: (305) 267-9200
Facsimile: (305) 267-5155
Email: ejoffe@strtrade.com
Attorneys for Plaintiff

Dated: New York, New York
September ___, 2007

**COLUCCI & UMANS**

By: _____
Frank J. Colucci (FC-8441)
David M. Dahan (DD-5864)
218 East 50th Street
New York, New York 10022
Telephone: (212) 935-5700
Facsimile: (212) 935-5728
Email: email@colucci-umans.com
Attorneys for Defendant

10/9/07 conference VACATED

SO ORDERED October
this 2nd day of ~~September~~ ___, 2007
RMB
_____
Honorable Richard M. Berman, U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-02-07
```